## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES ISAIAH PIERCE,   :   Civil No. 3:17-cv-2056
                       :
    Plaintiff          :   (Judge Mariani)
                       :
    v.                 :
                       :
JOSHUA MARSHALL, *et al.*,   :
                       :
    Defendants          :

**FILED**
**SCRANTON**

MAY **3 1** 2018

PER _____
    DEPUTY CLERK

## ORDER

**AND NOW**, this _31st_ day of May, 2018, in accordance with the Memorandum

issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 3) to appoint counsel is

**DENIED** without prejudice.


_____
Robert D. Mariani
United States District Judge